UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-1947 (MJD/JGL)

MICHAEL ABELMAN, et al.,

Plaintiffs,

v.

**PRETRIAL ORDER**

WERNER CORPORATION,

Defendant.

Pursuant to Rule 16, Fed.R.Civ.P., the following schedule shall control pre-trial proceedings in this case:

1. Estimated length of trial is three days;

2. All motions which seek to amend any pleading or to add any parties must be filed prior to June 1, 2002;

3. Plaintiffs shall disclose all expert witnesses, including reports, by July 1, 2002, and Defendant shall disclose all expert witnesses, including reports, by September 1, 2002;

4. The period during which the parties may seek discovery shall be completed by December 1, 2002;

5. All non-dispositive motions, specifically those which relate to discovery and the discovery period, must be filed prior to December 15, 2002;

6. Until further notice, all dispositive motions must be noticed, served, filed and heard, in accordance with the local rules, prior to February 1, 2003; and

7. This case will be considered "ready for trial" as of March 1, 2003.

DATED: March 11, 2002

JONATHAN LEBEDOFF
Chief U.S. Magistrate Judge

MAR 1

Filed______________
Richard D. Sletten, Clerk
Judgment Entd.______________
Deputy Clerk______________