UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Civil No.01-1947 JEL/JGL

Michael Abelman and
Julie Abelman,

Plaintiffs,

**STIPULATION EXTENDING THE TIME FOR DEFENDANT'S EXPERT DISCLOSURES**

vs.

Werner Corporation,

Defendant.

---

WHEREAS, the Court's Scheduling Order of March 11, 2002, provides that Defendant's shall provide their expert disclosures to Plaintiff no later than September 1, 2002;

WHEREAS, the Court's Scheduling Order provides that the period of completing discovery shall end on December 1, 2002;

WHEREAS, the parties, due to mutual scheduling conflicts, were unable to schedule the deposition of Plaintiff to occur until July 18, 2002;

WHEREAS, the Defendant has not been able to schedule Plaintiff Michael Abelman for an independent medical examination until August 29;

WHEREAS, the Defendant has yet to conduct an independent examination of the ladder, which has been delayed due to the deposition of Plaintiffs;

FILED AUG 27 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

WHEREAS, the time period for discovery has yet to expire, and the parties have agreed to an extension of the period for Defendant's expert disclosures to Plaintiff;

Pursuant to the agreement of the parties, IT IS HEREBY STIPULATED AND AGREED that the scheduling order in this case should be modified to extend the time for disclosure of Defendant's Expert Witnesses to October 1, 2002.

Dated: 8/22/02

Paul Phelps, Esq. (SB #185073)
1811 Weir Drive
Suite 275
Woodbury, MN 55125
(651) 730-6900

***Attorney for Plaintiffs***

Dated: 8/26/02

John J. McDonald, Jr. (SB #136815)
Bradley J. Lindeman (SB #0298116)
MEAGHER & GEER, P.L.L.P.
4200 Multifoods Tower
33 South Sixth Street
Minneapolis, MN 55402
(612) 338-0661

***Attorneys for Werner Corporation***

985790.1

**ORDER**

**IT IS HEREBY ORDERED** that the parties' foregoing Stipulation filed herewith is hereby adopted as this court's order in the above-captioned cause. Pursuant to the stipulation outlined above, Defendant's expert disclosures as required by Federal Rule of Civil Procedure 26(a)(2)(B) shall be provided to Plaintiff on or before October 1, 2002.

Dated: Aug. 27, 2002

Honorable Jonathon G. Lebedoff
United States Magistrate Judge

985799