UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL NO. 01-1947 (MJD/JGL)

MICHAEL ABELMAN, et al.,

Plaintiffs,

v.

WERNER CORPORATION,

Defendant.

**AMENDED NOTICE OF SETTLEMENT CONFERENCE**

A settlement conference has been re-scheduled in the above-referenced matter from Wednesday, October 1, 2002, to **Monday, November 4, 2002, at 9:00 a.m.** in my chambers, **Suite 9E, U.S. Courthouse, 300 South Fourth Street, MINNEAPOLIS, MN 55415. PLEASE REPORT TO THE CHAMBERS--NOT THE COURTROOM**.

In order to bring me up to date about the issues in this case as they have developed since commencement, a letter or settlement brief addressed to my chambers, with service on opposing counsel, shall be submitted five days before the scheduled conference.

Counsel who will actually try the case and each party armed with full settlement authority are expected to attend the conference. If there is an insurance company involved, an agent of the company with full settlement authority shall also be in attendance. Availability by telephone is not acceptable.

Dated: September 11, 2002

JONATHAN LEBEDOFF
Chief U.S. Magistrate Judge

Filed ________________
Richard D. Sletten, Clerk
Judgment Entd. ____________
Deputy Clerk ____________