UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Michael Abelman and Julie Abelman,

Plaintiffs,

vs.

Werner Corporation,

Defendant.

Civil Court No.: 01-CV-1947 (MJD/JGL)

**STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER**

**IT IS HEREBY STIPULATED AND AGREED,** by and between the parties hereto, through their respective counsel and pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, that the above-entitled action and the same hereby is, dismissed with prejudice and on the merits, without further cost to any of the parties hereto.

**IT IS FURTHER STIPULATED AND AGREED** that the Court may forthwith enter judgment of dismissal with prejudice and on the ~~merits to~~ be entered herein.

Dated: 1/3/03

Paul J. Phelps, Esq. (#185073)
Sawicki & Phelps, PA
1811 Weir Drive, Suite 275
Woodbury, MN 55125
(651)730-6900
***Attorneys for Plaintiff***

Dated: 1/6/03

John J. McDonald, Jr. #136815
Bradley J. Lindeman #0298116
Meagher & Geer, P.L.L.P.
4200 Multifoods Tower
33 South Sixth Street
Minneapolis, MN 55402
(612) 338-066
***Attorneys for Defendant***

FILED 1-9-03
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD 1-9-03
DEPUTY CLERK

Michael Abelman, et al. v. Werner Corporation, Civil No.: 01-1947 (MJD/JGL)

## ORDER FOR DISMISSAL

Based upon the foregoing Stipulation of Dismissal with Prejudice entered into by the parties and upon Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure and all of the files, records and proceedings herein,

**IT IS HEREBY ORDERED:**

That the above-entitled action is hereby dismissed with prejudice and on the merits, without cost to any of the parties hereto.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: Jan. 8, 2003

Michael J. Davis

The Honorable Michael J. Davis
United States District Judge

1013696